# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VEGAS GIBSON, | : | |
|     Petitioner | : | No. 1:12-cv-02443 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| WARDEN JEROME WALSH, | : | (Magistrate Judge Schwab) |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 29th day of October 2014, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 36) is **ADOPTED**;

2. Petitioner's objections (Doc. No. 39) are **OVERRULED**;

3. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED**; and

4. The Clerk of Court is directed to close this case.

                                                                                         s/ Yvette Kane
                                                                                         Yvette Kane, District Judge
                                                                                         United States District Court
                                                                                         Middle District of Pennsylvania